Carol J. KAINZ, Respondent,

v.

ARROWHEAD SENIOR LIVING COM-
MUNITY, Self–Insured, administered
by Berkley Risk Administrators Co.,
Relator,

and

Iron Range Rehab Center, Orthopaedic
Associates of Duluth, P.A.,
Intervenors.

No. A13–0733.

Supreme Court of Minnesota.

March 10, 2014.

Steven T. Moe, Petersen, Sage, Graves,
Layman & Moe, P.A., Duluth, MN, for
respondent.

Edward Q. Cassidy, Lori–Ann C. Jones,
Fredrickson & Byron, P.A., Minneapolis,
MN, for relator.

ORDER

The Petition for Writ of Certiorari from
the Workers' Compensation Court of Ap-
peals was filed on April 26, 2013, and on
December 26, 2013, we issued a decision in
*Dykhoff v. Xcel Energy,* 840 N.W.2d 821
(Minn.2013), that addressed whether the
work-connection test is an appropriate test
for determining whether an injury is com-
pensable.

Based upon all the files, records, and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals (WCCA) filed April 1,
2013, be, and the same is, vacated and the
matter is remanded to the WCCA for fur-
ther proceedings consistent with *Dykhoff*

*v. Xcel Energy,* 840 N.W.2d 821 (Minn.
2013).

LILLEHAUG, J., took no part in the
consideration or decision of this case.

BY THE COURT

/s/Alan C. Page
Associate Justice